UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

Serendip LLC,

                Plaintiff,

    vs.

Gubiev Rusian & YouTube LLC,

                Defendants.

------------------------------------------------------- x

25-cv-02047-JLR

**NOTICE OF VOLUNTARY DISMISSAL**

**WHEREAS,** no defendant has filed an answer or a motion for summary judgment in this action;

**NOW,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Serendip LLC, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the defendants, Gubiev Rusian and YouTube LLC.

Date:    New York, NY

           March 14, 2025

                                          By: _____s/_____
                                                **Annemarie Franklin** (AF-3933)

                                                Annemarie Franklin, Esq.
                                                PO Box 1024 Cooper Station
                                                New York NY 10276-1024
                                                212-475-1630
                                                sdenim@nyc.rr.com

:                                                     *Attorney for Plaintiff*