UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

                                                                                                                 25-cv-02047-JLR

Serendip LLC,

                Plaintiff,

vs.                                                  **NOTICE OF VOLUNTARY DISMISSAL**

Gubiev Rusian & YouTube LLC,

                Defendants.

------------------------------------------------------- x

     **WHEREAS,** no defendant has filed an answer or a motion for summary judgment in this action;

     **NOW,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Serendip LLC, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the defendants, Gubiev Rusian and YouTube LLC.

Date:       New York, NY

              March 14, 2025

                                                          By: _____s/_____
                                                                 **Annemarie Franklin** (AF-3933)

                                                                  Annemarie Franklin, Esq.
                                                                  PO Box 1024 Cooper Station
                                                                  New York NY 10276-1024
                                                                  212-475-1630
                                                                  sdenim@nyc.rr.com

:                                                                         *Attorney for Plaintiff*